**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

2007 MAY -7 PM 12: 29

CLERK U. S. DIST. CT.
S.D. OF FLA - MIA

HORTENSIA TOLMOS, an individual
HOTENSIA MANSO, an individual
    **Plaintiffs,**

    **v.**

**CREDITORS FINANCIAL GROUP, LLC**
    **Defendant(s),**
_____/

Judge: **07 - 21195**
Case No.:

**CIV - KING**

MAGISTRATE JUDGE
    GARBER

## COMPLAINT

Plaintiffs, **HORTENSIA TOLMOS** [herein referred to as **TOLMOS**] and **HORTENSIA MANSO** [herein referred to as **MANSO**], on behalf of themselves, through the undersigned attorneys, files this Complaint against **CREDITORS FINANCIAL GROUP, LLC** [herein referred to as "**CFG**"], and the state as follows:

### A. JURISDICTION

1. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d).

2. The Defendant, **CFG** is subject to the personal jurisdiction of this Court because it engages in substantial activity within Florida, additionally they have made substantial business contacts with the Plaintiff in **Miami Dade** County, Florida.

## B.  VENUE

3.    The venue is proper in the United States District Court for the

Southern District of Florida based upon the following:

a.    The unlawful collection practices alleged below occurred

and/or were committed in **Miami Dade** County, Florida, in

the Southern District of Florida;

b.    At all times material hereto, Defendant, **CFG** was and

continues to be a corporation engaged in the business and/or

activity of collecting debts in **Miami Dade** County, Florida, and

as such is a citizen of the State of Florida.

## C.  PARTIES

4.    Plaintiffs, **TOLMOS AND MANSO,** (hereinafter "Plaintiffs), are

individuals residing in the County of **Miami Dade,** State of

Florida, and is a "consumer" as that term is defined by 15 U.S.C.

§ 1692a(3). **MANSO** is the mother of **TOLMOS**.

5.    Defendant, **CFG**, is a company operating from an address of

3131 South Vaughn Way, Suite 110, Aurora, CO 80014 and

whose principle business is collecting consumer debts and is,

therefore,  a "debt collector" as that term is defined by 15 U.S.C.

§ 1692a(6).

## D.  FACTS COMMON TO ALL COUNTS

6.     Plaintiff **MANSO** [mother] is alleged to have incurred a financial obligation for primarily personal, family or household purposes, which is an alleged "debt" as that  term is defined by 15 U.S.C. § 1691a(5), namely, a consumer debt.

7.     Sometime thereafter, the alleged debt was assigned, placed or otherwise transferred to **CFG** for collection by the original creditor.

8.     Plaintiff **TOLMOS** is the daughter of plaintiff **MANSO** and never co-signed on said debt.

9.     **TOLMOS** [daughter] has no financial obligation on this debt.

10.    Defendant **CFG** telephonically contacted Plaintiff **TOLMOS [daughter]** in an effort to collect the debt and said conversations violated the FDCPA.

11.    The calls to Plaintiff **TOLMOS [daughter]** were demands for her to pay   for her mother's bill.

12.    Plaintiff **TOLMOS [daughter]** also received harassing telephone calls and was threatened to have her wages garnished for her mother's bill.

13.    Plaintiffs **MANSO'S** son, whose name is **MANUEL MANSO**, also received threatening phone messages in his answering machine

from **CFG** for his mother's bill and dunning letters in violations of the FDCPA.

14. Both Plaintiffs have been damaged because of this harassment and threats, it has impaired the ability to lead a normal life, caused anxiety, stress, vomiting and other emotional and actual damages.

15. **CFG's** conduct is in violation of 15 U.S.C. § 1692, E2, C(b), F1. Upon information and belief, other sections of 15 U.S.C. § 1692 have also been violated.

## E. CAUSES OF ACTION

### COUNT ONE
### VIOLATION OF THE
### FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C § 1692 et seq.

16. Plaintiffs incorporate paragraphs 1 through 15 as though fully stated herein.

17. The foregoing acts and omissions of Defendant as further described within this Complaint constitute violations of the FDCPA, including but not limited to each and every of the above-cited provisions of the FDCPA; specifically, 15 U.S.C. § 1692 E2, C(b) & F1.

18. As a result of Defendant's violations of the FDCPA, Plaintiffs have suffered out- of-pocket expenses as well as other actual damages and is therefore entitled to an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in the amount up to

$1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorney fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) from Defendant.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiffs respectfully prays that judgment be

entered against Defendant for:

- For an award of actual damages pursuant to 15. U.S.C. § 1692k(a)(1) against Defendant;

- For an award of statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A), against Defendant;

- For an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3), Defendant; and

- For such other and further relief as may be just and proper.

## F. JURY TRIAL DEMAND

Plaintiffs are entitled to and hereby demands a trial by jury. US

Const. Amend. 7  and Fed. R. Civ. Pro. 38.

Dated this 1st day of May of 2007.

Respectfully submitted,
Law Offices of
**GHAZAL & GOMEZ, LLC**
Attorney for Plaintiff
1930 TYLER STREET
Hollywood, FL 33020
Tel.  954.921.7676

File by: Samira Ghazal, ESQ.
FBN: 0864617

Page 5 of 5

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET   07-21195

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

HORTENSIA TOIMOS
HORTENSIA MANSO

**DEFENDANTS**

Creditors Financial Group, LLC.

**CIV - KING**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Michael Gompe
1930 Tyler St. Hollywood FL 33020

ATTORNEYS (IF KNOWN)

**MAGISTRATE JUDGE
GARBER**

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:   DADE,   MONROE,   BROWARD,   PALM BEACH,   MARTIN,   ST. LUCIE,   INDIAN RIVER,   OKEECHOBEE, HIGHLANDS

| **II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY) | **III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only) | | |
|---|---|---|---|
| | | PTF DEF | PTF DEF |
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) | Citizen of This State ☒ 1 ☐ 1 | Incorporated or Principal Place ☐ 4 ☐ 4 of Business In This State |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State ☐ 2 ☐ 2 | Incorporated and Principal Place ☐ 5 ☐ 5 of Business In Another State |
| | | Citizen or Subject of a ☐ 3 ☐ 3 Foreign Country | Foreign Nation ☐ 6 ☐ 6 |

07CV 21195   King/Garber

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | B☐ 630 Liquor Laws | | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 640 R.R. & Truck | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | B☐ 535 Death Penalty | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | A☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

15 U.S.C. § 1692 K(d)

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

FDCPA

| **VII. REQUESTED IN COMPLAINT:** | CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23 | **DEMAND $** | CHECK YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY** (See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE   5/2/07

SIGNATURE OF ATTORNEY OF RECORD   _____

**FOR OFFICE USE ONLY**

RECEIPT #   959146   AMOUNT   $350.00   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

05/07/07